```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                       Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
72.43.122.104,

                       Defendant.

-----------------------------------------------------------X

Case No. 1:15-cv-04738-WHP

Judge Pauley, III

## ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have at least sixty (60) days days upon receipt of Defendant's identifying information from the ISP, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 21 day of October, 2015.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

1