**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                       Civil Action No. 1:15-cv-04738-WHP

JOHN DOE subscriber assigned IP address
72.43.122.104,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 72.43.122.104.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  November 3, 2015

                                                    Respectfully submitted,

                                                    By:  /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq.
                                                    jjameslaw@optonline.net
                                                    The James Law Firm PLLC
                                                     445 Hamilton Avenue
                                                     Suite 1102
                                                     White Plains, New York 10601
                                                     Telephone:  914-358-6423
                                                     Facsimile:   914-358-6424
                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Jacqueline M. James*
                                                        Jacqueline M. James